No. 11–938. BENNETT ET AL. *v.* NUCOR CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–939. WANKEN *v.* WANKEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–940. TYLER *v.* ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–942. ROBERTS *v.* FLORIDA GAS TRANSMISSION CO., L. L. C. C. A. 5th Cir. Certiorari denied.

No. 11–946. ROOS *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–949. CREWS *v.* LIME ROCK ASSOCIATES, INC. App. Ct. Conn. Certiorari denied.

No. 11–951. ACEMLA DE PUERTO RICO, INC., ET AL. *v.* CURET-VELAZQUEZ ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–961. VINEYARD INVESTMENTS, L. L. C. *v.* CITY OF MADISON, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 11–980. VARIOUS TORT CLAIMANTS *v.* FATHER M ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–992. GILLESPIE *v.* MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 11–1015. PIRES *v.* FROTA OCEANICA E AMAZONICA S. A., AS SUCCESSOR TO FROTA OCEANICA BRASILEIRA, S. A., ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 11–1016. PIRES *v.* FROTA OCEANICA BRASILEIRA, S. A. Ct. App. N. Y. Certiorari denied.

No. 11–1022. SUN LIFE & HEALTH INSURANCE CO., FKA GENWORTH LIFE & HEALTH INSURANCE CO., ET AL. *v.* RILEY. C. A. 8th Cir. Certiorari denied.